UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBIE LOGAN,

    Plaintiff,

v.

                            Civil Case No. 16-10585
                            Honorable Linda V. Parker

MGM GRAND DETROIT CASINO,

    Defendant.
_____/

**OPINION AND ORDER ADOPTING MAGISTRATE JUDGE PATTI'S FEBRUARY 6, 2017 REPORT AND RECOMMENDATION AND DENYING DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE**

On February 17, 2016, Plaintiff Barbie Logan commenced this pro se lawsuit alleging sex discrimination and retaliation by her former employer, Defendant MGM Grand Detroit Casino. The matter has been referred to Magistrate Judge Anthony P. Patti for all pretrial matters. (ECF No. 18.)

On December 22, 2016, Defendant filed a motion to dismiss for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. As Magistrate Judge Patti summarizes in his February 16, 2017 Report and Recommendation ("R&R") recommending that the Court deny the motion, Defendant seeks dismissal based on Plaintiff's failure to appear for her continued deposition. (ECF No. 27.) Magistrate

1

Judge Patti concludes that none of the factors relevant to deciding whether to dismiss for failure to prosecute weigh in favor of dismissal.  (*Id*. at 4-8.)

At the conclusion of the R&R, Magistrate Judge Patti informs the parties that they must file any objections to the R&R within fourteen days.  (*Id*. at 8.) No objections have been filed.

The Court has carefully reviewed Magistrate Judge Patti's well-analyzed R&R and concurs with his conclusions.  The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Defendant's motion to dismiss for failure to prosecute (ECF No. 22) is **DENIED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: March 7, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 7, 2017, by electronic and/or U.S. First Class mail.

s/ Richard Loury
Case Manager