UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBRIE LOGAN,

    Plaintiff,

v.

Case No. 4:16-CV-10585
District Judge Linda V. Parker
Magistrate Judge Anthony P. Patti

MGM GRAND DETROIT CASINO,

    Defendant.

_____/

**ORDER DENYING PLAINTIFF'S REQUEST TO FILE A SUR-REPLY (DE 44)**

Judge Parker has referred this case to me to conduct all pretrial matters. Currently pending before the Court is Defendant's July 13, 2017 motion for summary judgment (DE 40), regarding which Plaintiff has filed a response (DE 42) and Defendant has filed a reply (DE 43).

On September 13, 2017, Plaintiff filed a request to file a sur-reply. (DE 44.) Upon consideration, this request is **DENIED**. Plaintiff was provided an opportunity to respond, and she did so by filing approximately 22 pages of responsive briefing, as well as a multitude of exhibits, all totaling 234 pages. This should suffice. Moreover, as Defendant correctly notes, sur-replies are highly disfavored. (DE 45 at 2.)

**IT IS SO ORDERED.**

Dated: September 19, 2017     s/Anthony P. Patti
                              Anthony P. Patti
                              UNITED STATES MAGISTRATE JUDGE

## Certificate of Service

I hereby certify that a copy of the foregoing document was sent to parties of record on September 19, 2017, electronically and/or by U.S. Mail.

                              s/Michael Williams
                              Case Manager for the
                              Honorable Anthony P. Patti